# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**NOT FOR PUBLIC VIEW**

UNITED STATES OF AMERICA,

v.

NICHOLAS PATRICK MAGGIORE
AKA, PATRICK MICHAEL JOYCE

**'08 MJ 1697**

Magistrate's Case No. _____

WARRANT ISSUED ON THE BASIS OF:
__ Failure to Appear   __ Order of Court
__ Indictment          __ Information
_X_ Complaint

**WARRANT FOR ARREST**

TO:

Any U.S. Marshal or other authorized officer

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

NICHOLAS PATRICK MAGGIORE
AKA, PATRICK MICHAEL JOYCE

**FILED**
JUN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DISTRICT OF ARREST:

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

BANK ROBBERY

DATE 6/4/08
ARRESTED AND ARRAIGNED BY 6/4/08
In Court FBI
Steve Stafford
U.S. MARSHAL, S/CA
BY ___

RECEIVED 2008 MAY 30 A 11:15 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 2113(a) |
|---|---|---|
| BAIL To be determined | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | | DATE ORDERED |
| ~~CLERK OF COURT~~/U.S. MAGISTRATE BY [signature] | | DATE ISSUED 5/29/08 |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

CLASS II 'J'     FBI     1211